RECEIVED
MAY - 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
MAY 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GEORGE KING** | : | **DOCKET NO. 2:07-cv 329** |
| | | Section P |
| VS. | : | **JUDGE DOHERTY** |
| **ALBERTO GONZALEZ, ET AL.** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' "Motion to Dismiss" [doc. 15] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 31 day of May, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE